

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NO. AP-76,442

### EX PARTE FORREST LEE STOKES, Applicant

### ON APPLICATION FOR A WRIT OF HABEAS CORPUS
### CAUSE NO. 963902 IN THE 180TH DISTRICT COURT
### FROM HARRIS COUNTY

*Per curiam.*

### O P I N I O N

Pursuant to the provisions of Article 11.07 of the Texas Code of Criminal Procedure, the clerk of the trial court transmitted to this Court this application for writ of habeas corpus. *Ex parte Young*, 418 S.W.2d 824, 826 (Tex. Crim. App. 1967). Applicant was convicted of theft and sentenced to fifteen years' imprisonment. On remand from this Court, the Fourteenth Court of Appeals affirmed his conviction. *Stokes v. State*, 298 S.W.3d 428 (Tex. App.–Houston [14th Dist.] 2009).

Applicant contends that he was deprived his right to file a petition for discretionary review because appellate counsel did not receive notice of the appellate court's decision.

Appellate counsel, who is also writ counsel, filed an affidavit with the trial court. Based on that affidavit, the trial court has entered findings of fact and conclusions of law that applicant is entitled to an out-of-time petition for discretionary review. The trial court recommends that relief be granted. *Ex parte Wilson*, 956 S.W.2d 25 (Tex. Crim. App. 1997). We find, therefore, that Applicant is entitled to the opportunity to file an out-of-time petition for discretionary review of the judgment of the Fourteenth Court of Appeals in Cause No. 14-04-00518-CR that affirmed his conviction in Case No. 963902 from the 180th Judicial District Court of Harris County. Applicant shall file his petition for discretionary review with the Fourteenth Court of Appeals within 30 days of the date on which this Court's mandate issues.

Delivered: November 3, 2010
Do not publish